**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br> L & V PROFESSIONAL COPIER CORP. <br><br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 06-12753 H <br><br> JUDGE Jacqueline P. Cox |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 619
         Chicago, Illinois 60604

    On:  **October 3, 2007**
    At:  **9:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $           9,417.48

    b. Disbursements                         $             375.56

    c. Net Cash Available for Distribution   $           9,041.92

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN <br> (Trustee Fees) | 0.00 | $1,691.75 | |

| | | |
|---|---|---|
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $924.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $4,387.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $108.63 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,384.23 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 14.42%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 9,127.23 | $ 1,316.51 |
| 3 | Illinois Department of Revenue | $ 4,257.00 | $ 614.03 |

6. Claims of general unsecured creditors totaling $267.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 184.91 | $ 0.00 |
| 2 | Illinois American Water Co. | $ 82.87 | $ 0.00 |
| 3 | Illinois Department of Revenue | $ 409.00 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing: security deposit, office equipment, furnishings and supplies and inventory.

Dated:  **September 4, 2007**　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　　　By:**KENNETH S GARDNER**　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　219 S. Dearborn Street; 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60604

Trustee:　　GLENN R. HEYMAN
Address:　　135 S. LaSalle Street, #3705
　　　　　　Chicago, IL  60603
Phone No.:　(312) 641-6777

## SERVICE LIST

**L & V PROFESSIONAL COPIER CORP.
06 B 12753**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207