**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>L & V PROFESSIONAL COPIER CORP.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-12753 H<br><br>JUDGE Jacqueline P. Cox |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
    219 South Dearborn, Courtroom 619
    Chicago, Illinois 60604

    On: **October 3, 2007**
    At: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $            9,417.48

    b. Disbursements                           $              375.56

    c. Net Cash Available for Distribution     $            9,041.92

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $1,691.75 | |

| | | |
|---|---|---|
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $924.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $4,387.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $108.63 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,384.23 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 14.42%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 9,127.23 | $ 1,316.51 |
| 3 | Illinois Department of Revenue | $ 4,257.00 | $ 614.03 |

6. Claims of general unsecured creditors totaling $267.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 184.91 | $ 0.00 |
| 2 | Illinois American Water Co. | $ 82.87 | $ 0.00 |
| 3 | Illinois Department of Revenue | $ 409.00 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing: security deposit, office equipment, furnishings and supplies and inventory.

Dated:  **September 4, 2007**               For the Court,

                                            By:**KENNETH S GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL  60604

Trustee:    GLENN R. HEYMAN
Address:    135 S. LaSalle Street, #3705
            Chicago, IL  60603
Phone No.:  (312) 641-6777

## SERVICE LIST

**L & V PROFESSIONAL COPIER CORP.
06 B 12753**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1              Date Rcvd: Sep 04, 2007
Case: 06-12753                 Form ID: pdf002             Total Served: 24

The following entities were served by first class mail on Sep 06, 2007.
db         +L & V Professional Copier Corp.,    1526 E. Algonquin Rd.,    Arlington Heights, IL 60005-4718
aty        +Mitchell A Cohen,    7749 N Milwaukee Ave,    Niles, IL 60714-4733
tr         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
10950378   +AT&T,    POB 9001309,    Louisville, KY 40290-1309
10950377   +Advanta,    POB 30715,    Salt Lake City, UT 84130-0715
10950379   +Avaya,    3795 Data Drive,    Norcross, GA 30092-6533
10950380   +Benham, Ichen & Knox LLP,    1117 S. Milwaukee Ave.,    Libertyville, IL 60048-3763
10950381   +Com Doc, Inc.,    3458 Massillon Rd.,    Uniontown, OH 44685-9503
10950383   +David E. Cohen,    55 W. Monroe,    Ste. 600,    Chicago, IL 60603-5091
11070173  +++INTERNAL REVENUE SERVICE,    P.O. BOX 21126,    PHILADELPHIA, PA 19114-0326
10986558   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    230 S Dearborn St,    Mail Stop 5010 CHI,
             Chicago, IL 60604)
10986560   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    District Director of the IRS,
             230 S Dearborn St  Ste 3030A,    Chicago, IL 60604)
10950384  +++Illinois American Water Co.,    P O Box 578,    Alton, IL 62002-0578
10986557   +Illinois Department of Employment Security,    Bankruptcy Unit 3rd Floor,    401 S State St,
             Chicago, IL 60605-1229
10986556    Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W Randolph St,
             Bensenville, IL 60106
11448748   +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-400,
             Chicago, Illinois 60601-3218
10986559   +Internal Revenue Service,    District Counsel of IRS,    200 W Adams St  Ste 2300,
             Chicago, IL 60606-5231
10950385   +Metro Resource Management,    4069 Joseph Dr., Ste. 133,    Waukegan, IL 60087-2233
10950387   +Pitney Bowes Credit Corp.,    2225 American Dr.,    Neenah, WI 54956-1005
10950388   +Pitney Bowes, Inc.,    27 Waterview Dr.,    Shelton, CT 06484-4361
10950389   +UPS,    POB 650580,    Dallas, TX 75265-0580
10950390   +Xerox Capital Services, LLC,    POB 660501,    Dallas, TX 75266-0501

The following entities were served by electronic transmission on Sep 05, 2007.
10950382   +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                             ComEd,   POB 87522,
             Chicago, IL 60680-0522
10950386   +E-mail/Text: bankrup@nicor.com                                 Nicor Gas,   POB 416,
             Aurora, IL 60568-0001
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2007**          **Signature:** _/s/ Joseph Speetjens_